[No. 70805-8-I.   Division One.   October 27, 2014.]

KIMBERLIE D. TUTTLE, *Appellant*, v. THE EMPLOYMENT SECURITY DEPARTMENT, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 12-2-40371-6, Monica J. Benton, J., entered July 29, 2013. *Affirmed* by unpublished opinion per Lau, J., concurred in by Cox and Leach, JJ.

[No. 70943-7-I.   Division One.   October 27, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANCIS G. BATO, *Appellant*.

The unpublished opinion in the above captioned case was *withdrawn* by order of the Court of Appeals dated November 24, 2014. Substitute opinion filed. See 184 Wn. App. 1043.

[No. 71007-9-I.   Division One.   October 27, 2014.]

*In the Matter of the Marriage of* NANCY A. GASS, *Respondent*, and AHMAD ABDEL-WAHED, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-3-07405-8, Dean Scott Lum, J., entered September 18, 2013. *Affirmed* by unpublished opinion per Becker, J., concurred in by Leach and Trickey, JJ.

[No. 71038-9-I.   Division One.   October 27, 2014.]

MICHAEL GIBSON ET AL., *Appellants*, v. THE EMPLOYMENT SECURITY DEPARTMENT, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 12-2-09637-4, Bruce I. Weiss, J., entered September 27, 2013. *Affirmed* by unpublished opinion per Lau, J., concurred in by Cox and Leach, JJ. Now published at 185 Wn. App. 42.